# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| DANIEL H. JONES, | ) |
| Petitioner, | ) |
| v. | ) No.: 2:15-CV-297-JRG-MCLC |
| DEBRA JOHNSON, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

The Court is in receipt of a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 1] and a motion for leave to proceed *in forma pauperis* [Doc. 2]. It appears from the application that Plaintiff lacks sufficient financial resources to pay the $5.00 filing fee. Accordingly, the motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED** and the Clerk is **DIRECTED** to serve copies of the petition for a writ of habeas corpus [Doc. 1] and this memorandum and order upon Respondent.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order.[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent should specifically address whether the

---

[1] Any state court records should be sent directly to the Knoxville Division at 800 Market Street, Suite 130, Knoxville, Tennessee 37902.

petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**IT IS SO ORDERED**.

**ENTER:**

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE